UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| Miles E. & Joyce A. Williams | ) | CASE No. 05-40641 |
| | ) | |
| Debtor | ) | |

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:   HMW, LLC, %West Asset Management, Inc., P.O. Box 672017, Marietta, GA 30006

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $1,604.31 into the Registry Account with the U.S. Bankruptcy Court. The Trustee issued Check No. 88377 on July 3, 2008 in the amount of $87.66 at the address stated above. The check was returned to the Trustee marked "Non-Deliverable as Addressed, Unable to Forward". The check was voided and the remaining funds were reserved to be turned over to the Registry Account.

To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

Dated this 8th day of March, 2011.

/s/ David A. Rosenthal
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248

<u>CERTIFICATE OF SERVICE</u>

       The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 8th day of March, 2011 to:

HMW, LLC, %West Asset Management, Inc. P.O. Box 672017, Marietta, GA 30006
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN 46601
Hunter J. Reece, P.O. Box 252, Fowler, IN 47944

                                <u>/s/ David A. Rosenthal</u>
                                David A. Rosenthal
                                Chapter 13 Trustee
                                P.O. Box 505
                                Lafayette, IN 47902
                                (765) 742-8248